JACOB M. SCHWARTZ v. SAMUEL LANDECKER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

MAX GOLDEN v. T. A. SHAW & Co.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

SAMUEL BRAND v. CHARLES H. LEHMAN.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

SMITH & JAFFE, INC., v. HENRY A. HARTMAN and Another.— Motion granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

BERTHA J. DOANE v. TERMINAL AND TOWN TAXI CORPORATION and Another.— Motion granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

LOUIS JACOBSON and Others, as Copartners, etc., v. ATLAS ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Impleaded, etc.— Motion granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ALICE MCKELVEY SCHRAUDER v. THOMAS R. BROOKS.— Motion granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

HENRY FOLLETT, as Administrator, etc., v. ARCH B. BEITH and Another, as Copartners, etc.— Motion granted. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ROSENWASSER BROS., INC., Appellant, v. STUART H. FRANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.• Present — Dowling, Smith, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MILROD, Appellant.— Judgment and order affirmed. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

AXEL W. HALLENBORG, Appellant, v. WILLIAM C. GREENE and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

GEORGE E. WARREN and Others, Respondents, v. SECOND AVENUE RAILROAD COMPANY IN THE CITY OF NEW YORK and Others, Respondents, Impleaded with THE CITY OF NEW YORK, Appellant, and Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page and Merrell, JJ.

ROBERT GANS, Respondent, v. WATER COLOR CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

In the Matter of the Transfer Tax upon the Estate of DAVID N. HANSON, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

In the Matter of the Transfer Tax upon the Estate of GEORGE PEABODY WETMORE, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

SUFFERN COMPANY, INC., Respondent, v. CRAEMER NAIL AND SUPPLY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Page, Merrell and Finch, JJ.

JAMAICA ESTATES and EDWIN WOLF, Respondents, v. FRANK G. SMITH, Appellant.— Judgment modified by striking out the words " or other full covenant and warranty deed of said premises sufficient for the conveyance of said title to said defendant," and as so modified affirmed, without costs. No opinion. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.